Ricky Gonzales V. 23
P.B.S.P  C-8-202
P.O Box - 7500
Crescent City, CA. 95532

Ricky Gonzalez
  V.S.
Reilly
J. Jose
Rodriguez
Williams

C 07 5346 SF

FILED
FEB 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
FEB 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To Clerk of the Court

On Oct. 19 2007 I filed a claim within your court (above case name and number). Shortly after, your court sent me notice to include a trust statement to verify what funds I had in my trust account — this is a requirement to proceed in forma pauperis.

Some time in the month of December, I completed your requirement and sent to your court. And from that point until now, I've heard nothing of this case proceeding amongst your court.

Would you please send me notification on where this case stands within your court.

Respectfully submitted

[signature]

RICKY GONZALES V-23215
P.B.S.P C-8-202
P.O.BOX-7500
CRESCENT CITY, CA. 95532

LEGAL MAIL

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

CLERK, U.S. DISTRICT COURT
450 GOLDEN GATE AVE
P.O. BOX-36060
SAN FRANCISCO, CA. 94102

9410 2336 61 C004



02 1M
0004217666
MAILED FROM ZIP CODE 95531
$ 00.41⁰
PITNEY BOWES
FEB 14 2008
UNITED STATES POSTAGE