NAME: RICKY GONZALES
C. NO: V-23215  HOUSING: C-8-202

PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532




02 1M
0004217666    APR 25 2008
$ 02.33⁰
MAILED FROM ZIP CODE 95531

U.S. Northern Dist. of Ca.
U.S. Courthouse
450 Golden Gate Ave.
San Francisco, Ca. 94102-3483

**CONFIDENTIAL LEGAL MAIL**