UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICKY GONZALES,

    Plaintiff,

    v.

REILLY; et al.,

    Defendants.

        /

No. C 07-5346 SI (pr)

**ORDER FOR SECOND AMENDED COMPLAINT**

Several months ago, the court dismissed the complaint with leave to amend. Plaintiff filed an amended complaint and later filed a "request to strick (sic) the entire complaint with leave to add additional violations" in which he explained that he wants to further amend his pleading. Upon due consideration, the court grants the request (docket # 11) and strikes the amended complaint. Plaintiff must file a second amended complaint no later than **March 13, 2009**. The second amended complaint must include the caption and civil case number used in this order and the words SECOND AMENDED COMPLAINT on the first page. Plaintiff is cautioned that his second amended complaint must be a complete statement of his claims and will supersede existing pleadings. See London v. Coopers & Lybrand, 644 F.2d 811, 814 (9th Cir. 1981) ("a plaintiff waives all causes of action alleged in the original complaint which are not alleged in the amended complaint.") Failure to file the second amended complaint by the deadline will result in the dismissal of the action.

    IT IS SO ORDERED.

Dated: February 2, 2009

                                  SUSAN ILLSTON
                               United States District Judge