**United States District Court**
For the Northern District of California

1
2
3
4
5    UNITED STATES DISTRICT COURT
6    NORTHERN DISTRICT OF CALIFORNIA
7
8   RICKY GONZALES,                                No. C 07-5346 SI (pr)
9          Plaintiff,                              **JUDGMENT**
10      v.
11  REILLY; et al.,
12         Defendants.
13  _____/
14       This action is dismissed.
15
16       IT IS SO ORDERED AND ADJUDGED.
17
18  Dated: October 16, 2009
19                                                 _____
                                                   SUSAN ILLSTON
20                                                 United States District Judge